Ellida Anne WATTS,
Petitioner/Respondent,

v.

Bernard A. WATTS,
Respondent/Appellant.

No. 61898.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 23, 1993.

Robert A. Hutton, Jr., Beach, Burcke, Mooney, Lake & Helfers, Clayton, for respondent-appellant.

Deborah Benoit, Eisen, Gillespie, Brown & Hilton, St. Louis, for petitioner-respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

## ORDER

Husband appeals from a denial of his Pendente Lite (PDL) motion. The trial court has especially wide discretion in the award or denial of temporary allowances. The order here is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. A written opinion would have no precedential value. The order of the trial court denying temporary allowances is affirmed. Rule 84.16(b).